IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA,
                    Plaintiff,

v.                                                          Criminal No. 2:09CR20012-001

CHRISTIAN CARDENAS,
                    Defendant.

## FINAL ORDER OF FORFEITURE

On May 21, 2009, the Court entered a Preliminary Order of Forfeiture pursuant to the

provisions of 18 U.S.C. § 982, based upon the defendant's guilty plea to Count Two of the

Indictment.

Notice of said forfeiture action was published on the United States' official website for

forfeiture publications (www.forfeiture.gov), for thirty (30) consecutive days.  The notice notified

all third parties of their rights to petition the Court within sixty (60) days of the first date of

publication for a hearing to adjudicate the validity of their alleged legal interest in the property

subject to forfeiture.

More than thirty (30) days have passed since the final publication and no third party

petitions have been filed.

Accordingly, it is hereby ORDERED, DECREED, AND ADJUDGED:

That based upon the guilty plea, the factual basis present to the Court, the agreement of

the parties, and the reasons stated at bar, the Court finds that the total sum of $406.00 in U.S.

currency is hereby forfeited to the United States of America, and shall be disposed of according to law.

IT IS SO ORDERED this 3rd day of November, 2009.

HONORABLE ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

NOV 0 3 2009

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK